**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| STEVEN PITTMAN, | : | No. 121 MM 2021 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA PAROLE BOARD, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2021, the "Application for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*" is GRANTED. Petitioner has 30 days in which to file a Petition for Allowance of Appeal.